UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ESTATE OF BRANDON C. BILLUPS, ) *by and through the Administratrix* ) *Briaonna C. Billups* ) ) Plaintiff, ) ) v. ) ) ) GERALD M. BAKER, *in his individual* ) *capacity as Sheriff of Wake County,* ) *North Carolina* and JET INSURANCE ) COMPANY ) Defendants. ) | **JUDGMENT** No. 5:22-CV-206-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 2, 2023, and for the reasons set forth more specifically therein, that defendants' motion to dismiss is granted and this case is dismissed for failure to state a claim upon which relief may be granted.

**This Judgment Filed and Entered on March 2, 2023, and Copies To:**
John Paul Godwin/ Matthew Ryan Gambale (via CM/ECF Notice of Electronic Filing)
Robert J. Lane (via CM/ECF Notice of Electronic Filing)

March 2, 2023                     PETER A. MOORE, JR, CLERK
                                               /s/ Sandra K. Collins
                                              (By) Sandra K. Collins, Deputy Clerk